**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDITC, LLC, et al. | Case No. CV16-3876-R (PJWx) |
| Plaintiff, | **ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER RE: NOTICE TO COUNSEL** |
| v. | |
| Spotswood Consulting, | |
| Defendant. | |

Plaintiff/Parties were ordered to show cause in writing by not later than **May 30, 2017** why this action should not be dismissed for lack of prosecution as ordered in this Court's Order Re: Notice to Counsel;

WHEREAS, this period has elapsed without any action by plaintiff/parties.

The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated June 2, 2017

MANUEL L. REAL
United States District Judge